IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

DELORES KNIGHT,

    Plaintiff,

v.                                CIVIL ACTION NO. 1:20-00344

ROBERT C. BYRD U.S.
COURTHOUSE,

    Defendant.

## MEMORANDUM OPINION AND ORDER

By Standing Order, this action was referred to United States Magistrate Judge Omar J. Aboulhosn for submission of findings and recommendation regarding disposition pursuant to 28 U.S.C. § 636(b)(1)(B). Magistrate Judge Aboulhosn submitted to the court his Proposed Findings and Recommendation ("PF&R") on June 4, 2020, in which he recommended that the court grant plaintiff's letter-form Motion for Correction (ECF No. 4), dismiss plaintiff's complaint (ECF No. 1) without prejudice, and remove this matter from the court's docket.

In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days and three mailing days in which to file objections to Magistrate Judge Aboulhosn's Proposed Findings and Recommendation. The failure of any party to file such objections within the time allowed constitutes a waiver of such party's right to a de novo review by this court.

Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989). Neither party filed any objections to the PF&R within the required time period. Accordingly, the court adopts the Findings and Recommendation of Magistrate Judge Aboulhosn as follows:

1. Plaintiff's Motion for Correction (ECF No. 4) is **GRANTED** insofar as it requests dismissal of her complaint without prejudice;

2. Plaintiff's complaint is **DISMISSED** without prejudice; and

3. The Clerk is directed to remove this case from the court's active docket.

The Clerk is further directed to send a copy of this Memorandum Opinion and Order to counsel of record and any unrepresented parties.

**IT IS SO ORDERED** this 22nd day of February, 2021.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge

2