IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

DELORES KNIGHT,

    Plaintiff,

v.                              CIVIL ACTION NO. 1:20-00344

ROBERT C. BYRD U.S.
COURTHOUSE,

    Defendant.

**MEMORANDUM OPINION AND ORDER**

    Pending before the court are plaintiff's motions for dismissal. <u>See</u> ECF Nos. 10 and 11. However, on February 22, 2021, the court dismissed plaintiff's complaint without prejudice and directed the Clerk to remove this case from the court's active docket. <u>See</u> ECF Nos. 7 and 8. Therefore, the motions for dismissal are **DENIED** as moot.

    The Clerk is directed to forward a copy of this Memorandum Opinion and Order to plaintiff and counsel of record.

    **IT IS SO ORDERED** this 11th day of July, 2022.

                ENTER:

                David A. Faber
                Senior United States District Judge